UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANIR, LLC, a Michigan limited
liability company,

       Plaintiff,

                                      File No. 1:09-CV-1056

v.

                                      HON. ROBERT HOLMES BELL

DENTEK ORAL CARE, INC., a
Tennessee corporation,

       Defendant.
_____/

## O R D E R

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Defendant Dentek's motion for partial dismissal of Plaintiff Ranir, LLC's complaint (Dkt. No. 6) is **GRANTED IN PART and DENIED IN PART**. The motion is granted to the extent that it seeks dismissal of the issue preclusion claim in Count I, and denied as to all remaining claims in Count I.

**IT IS FURTHER ORDERED** that Ranir's request for declaratory judgment that Dentek is barred by principles of issue preclusion from asserting the claims set forth in its November 11, 2009, cease and desist letter is **DISMISSED**.


Date:   August 16, 2010                    /s/ Robert Holmes Bell
                                                   ROBERT HOLMES BELL
                                                   UNITED STATES DISTRICT JUDGE