IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RANIR, LLC,            ) | |
| ) | Civil Action No. 1:09-cv-1056 |
| Plaintiff,   ) | |
| ) | Hon. Robert Holmes Bell |
| v.       ) | |
| ) | |
| DENTEK ORAL CARE, INC.,   ) | |
| ) | |
| Defendant.   ) | |

## STIPULATION (ORDER) TO EXTEND DEADLINE
## TO FILE ANSWER TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned, that the time for Defendant Dentek Oral Care, Inc., to respond, answer or otherwise move with respect to the Complaint is hereby extended from August 30, 2010 to September 8, 2010.

| | |
|---|---|
| /s/Richard A. Gaffin | /s/ Mathew J. Gipson |
| Richard A. Gaffin | H.W. Reick |
| Joseph M. Infante | Mathew J. Gipson |
| Miller, Canfield, Paddock and Stone, P.L.C. | PRICE, HENEVEL, COOPER, DEWITT & LITTON, LLP |
| 1200 Campau Square Plaza | 695 Kenmoor, S.E. |
| 99 Monroe Avenue, N.W. | P.O. Box 2567 |
| Grand Rapids, MI 49503 | Grand Rapids, MI 49503-2567 |
| Attorneys for Dentek Oral Care, Inc. | Attorneys for Ranir, LLC |
| (616) 454-8656 | |

2

**ORDER EXTENDING DEADLINE TO FILE ANSWER TO COMPLAINT**

The parties to this action having filed a Stipulation to Extend Deadline to File Answer to Complaint, and the Court having reviewed and considered the stipulation, IT IS HEREBY ORDERED that the deadline for Defendant to file its answer to the Complaint is extended to September 8, 2010.

_____
Honorable Robert Holmes Bell
Chief, U.S. District Judge

DATED: _____, 2010.
18,332,443.1\144078-00001

2