IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RANIR, LLC, ) | |
| ) | Civil Action No. 1:09-cv-1056 |
| Plaintiff and Counterclaim-Defendant, ) | |
| ) | Hon. Robert Holmes Bell |
| v. ) | |
| ) | |
| DENTEK ORAL CARE, INC., ) | |
| ) | |
| Defendant and Counterclaim-Plaintiff. ) | |

### DEFENDANT'S RULE 7.1 STATEMENT

Under Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant and Counterclaim-Plaintiff DenTek Oral Care, Inc. (a private, non-governmental party) states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: September 21, 2010

MILLER, CANFIELD, PADDOCK & STONE, P.L.C.

By:/s/Richard A. Gaffin
Richard A. Gaffin
Joseph M. Infante
1200 Campau Square
99 Monroe Avenue, N.W.
Grand Rapids, MI 49503
(616) 454-8656
gaffin@millercanfield.com
infante@millercanfield.com

- and -

Theodore K. Cheng
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
tcheng@proskauer.com

2

Of Counsel:
James H. Shalek (not admitted)
Courtney Devon Taylor (not admitted)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
(212) 969-3000

*Attorneys for Defendant and Counterclaim-Plaintiff DenTek Oral Care, Inc.*