IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RANIR, LLC, | Civil Action No. 1:09-cv-1056 |
|     Ranir and Counterclaim-Defendant, | Hon. Robert Holmes Bell |
|     v. | |
| DENTEK ORAL CARE, INC., | **DECLARATION OF SERVICE** |
|     Defendant and Counterclaim-Plaintiff. | |

I, Theodore K. Cheng, declare as follows:

1. I am not a party to the above-captioned action, am over 18 years of age, and reside in New York, New York.

2. On September 27, 2010, I caused true and correct copies of

- **DenTek Oral Care, Inc.'s First Set of Requests for Production of Documents (Nos. 1 through 53)**
- **DenTek Oral Care, Inc.'s First Set of Interrogatories (Nos. 1 through 7)**

to be served upon the following by postage prepaid, first-class mail:

>Omar A. Khan, Esq.
>Wilmer Cutler Pickering Hale & Dorr LLP
>399 Park Avenue
>New York, NY 10022
>
>*Attorneys for Plaintiff and Counterclaim-Defendant Ranir, LLC*

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of September, 2010 at New York, New York.

>  /s/ Theodore K. Cheng
>Theodore K. Cheng
>Proskauer Rose LLP
>1585 Broadway
>New York, New York 10036-8299
>(212) 969-3000
>tcheng@proskauer.com