UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_____

# MINUTES

Ranir, LLC

vs.

Dentek Oral Care

CASE NO.   1:09-CV-1056
DATE:      9/24/10
TIME:      1:30 - 1:45 p.m.
PLACE:     Grand Rapids
JUDGE:     Hon. Robert Holmes Bell

## APPEARANCES

PLAINTIFF:
Omar Khan/Matthew Gipson

DEFENDANT:
Theodore Cheng/Joseph Infante

## WITNESSES

PLAINTIFF:

DEFENDANT:

## PROCEEDINGS

NATURE OF HEARING:
Rule 16 Scheduling Conference held.

COURT REPORTER:  Kevin Gaugier          /s/ Susan Driscoll Bourque
                                              Case Manager