IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RANIR, LLC, ) | |
| ) | Civil Action No. 1:09-cv-1056 |
| Plaintiff and Counterclaim-Defendant, ) | |
| ) | Hon. Robert Holmes Bell |
| v. ) | |
| ) | |
| DENTEK ORAL CARE, INC., ) | |
| ) | |
| Defendant and Counterclaim-Plaintiff. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

By agreement of Plaintiff and Counterclaim-Defendant Ranir, LLC ("Ranir") and Defendant and Counterclaim-Plaintiff DenTek Oral Care, Inc. ("DenTek"), through their respective attorneys, and with approval of the Court, IT IS HEREBY ORDERED THAT:

1. All claims in this action against DenTek are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure; and

2. All of DenTek's claims in this action against Ranir are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure;

with each party to bear its own costs, fees, and disbursements.

Date:_____            _____
                                        ROBERT HOLMES BELL
                                        United States District Judge


/s/ Matthew J. Gipson                   /s/ Theodore K. Cheng
H. W. Reick (P19310)                    Theodore K. Cheng
Matthew J. Gipson (P60169)              PROSKAUER ROSE LLP
PRICE, HENEVELD, COOPER, DEWITT &       1585 Broadway
    LITTON, LLP                         New York, New York 10036-8299

695 Kenmoor, S.E.
P.O. Box 2567
Grand Rapids, Michigan  49501
Tel:  (616) 949-9610
Fax: (616) 957-8196
hreick@priceheneveld.com
mgipson@priceheneveld.com

OF COUNSEL:
Robert J. Gunther, Jr.
Omar A. Khan
WILMER CUTLER PICKERING
   HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Tel.: (212) 937-7200
Fax: (212) 888-2330
robert.gunther@wilmerhale.com
omar.khan@wilmerhale.com

*Attorneys for Plaintiff and Counterclaim-Defendant Ranir, LLC*

Tel: (212) 969-3000
Fax: (212) 969-2900
tcheng@proskauer.com

- and -

Richard A. Gaffin
Joseph M. Infante
MILLER, CANFIELD, PADDOCK
   & STONE, P.L.C.
1200 Campau Square
99 Monroe Avenue, N.W.
Grand Rapids, Michigan 49503
Tel: (616) 454-8656
Fax: (616) 776-6322
gaffin@millercanfield.com
infante@millercanfield.com

OF COUNSEL:
James H. Shalek
Courtney Devon Taylor
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036-8299
Tel: (212) 969-3000
Fax: (212) 969-2900
jshalek@proskauer.com
ctaylor@proskauer.com

*Attorneys for Defendant and Counterclaim-Plaintiff DenTek Oral Care, Inc.*