IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RANIR, LLC, ) | |
| ) | Civil Action No. 1:09-cv-1056 |
| Plaintiff and Counterclaim-Defendant, ) | |
| ) | Hon. Robert Holmes Bell |
| v. ) | |
| ) | |
| DENTEK ORAL CARE, INC., ) | |
| ) | |
| Defendant and Counterclaim-Plaintiff. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

By agreement of Plaintiff and Counterclaim-Defendant Ranir, LLC ("Ranir") and Defendant and Counterclaim-Plaintiff DenTek Oral Care, Inc. ("DenTek"), through their respective attorneys, and with approval of the Court, IT IS HEREBY ORDERED THAT:

1. All claims in this action against DenTek are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure; and

2. All of DenTek's claims in this action against Ranir are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure;

with each party to bear its own costs, fees, and disbursements.


Date: November 8, 2010            /s/ Robert Holmes Bell
                                  ROBERT HOLMES BELL
                                  United States District Judge


/s/ Matthew J. Gipson                /s/ Theodore K. Cheng
H. W. Reick (P19310)                 Theodore K. Cheng
Matthew J. Gipson (P60169)           PROSKAUER ROSE LLP
PRICE, HENEVELD, COOPER, DEWITT &    1585 Broadway
   LITTON, LLP                     New York, New York 10036-8299

1

695 Kenmoor, S.E.  
P.O. Box 2567  
Grand Rapids, Michigan  49501  
Tel:  (616) 949-9610  
Fax: (616) 957-8196  
hreick@priceheneveld.com  
mgipson@priceheneveld.com  

OF COUNSEL:  
Robert J. Gunther, Jr.  
Omar A. Khan  
WILMER CUTLER PICKERING  
   HALE AND DORR LLP  
399 Park Avenue  
New York, New York 10022  
Tel.: (212) 937-7200  
Fax: (212) 888-2330  
robert.gunther@wilmerhale.com  
omar.khan@wilmerhale.com  

*Attorneys for Plaintiff and Counterclaim-Defendant Ranir, LLC*

Tel: (212) 969-3000  
Fax: (212) 969-2900  
tcheng@proskauer.com  

- and -

Richard A. Gaffin  
Joseph M. Infante  
MILLER, CANFIELD, PADDOCK  
   & STONE, P.L.C.  
1200 Campau Square  
99 Monroe Avenue, N.W.  
Grand Rapids, Michigan 49503  
Tel: (616) 454-8656  
Fax: (616) 776-6322  
gaffin@millercanfield.com  
infante@millercanfield.com  

OF COUNSEL:  
James H. Shalek  
Courtney Devon Taylor  
PROSKAUER ROSE LLP  
1585 Broadway  
New York, New York 10036-8299  
Tel: (212) 969-3000  
Fax: (212) 969-2900  
jshalek@proskauer.com  
ctaylor@proskauer.com  

*Attorneys for Defendant and Counterclaim-Plaintiff DenTek Oral Care, Inc.*